The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY BENSON,<br><br>Defendant. | NO. CR21-5222-BHS<br><br>ORDER SETTING BRIEFING SCHEDULE ON PENDING MOTIONS |

Upon stipulation of the parties, and good cause appearing, the Court enters the following schedule for the defendant's pending motions (dkt. 37): the government will file its opposition on or before October 30, 2023; the defendant will file her reply on or before November 6, 2023; and the new noting date will be November 10, 2023.

IT IS SO ORDERED.

DATED: October 23, 2023

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER RE: BRIEFING SCHEDULE - 1
*U.S. v. Benson* / CR21-5222-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970