HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-5222 BHS |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| CODY BENSON, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Cody Benson to Exhibits H-J to her Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS HEREBY ORDERED that Exhibits H-J to Ms. Benson's Sentencing Memorandum be filed under seal.

DATED this 12th day of July, 2024.

_____
BENJMAIN H. SETTLE
DISTRICT COURT JUDGE

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Cody Benson

ORDER TO SEAL DOCUMENT
(*United States v. Benson*, CR21-5222 BHS) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710