UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CODY BENSON,<br><br>　　　　　　　　Defendant. | CASE NO. CR21-5222 BHS<br><br>ORDER |

This matter is before the Court on Defendant Cody Benson's motion to modify her third mandatory condition of probation. Dkt. 177.

Cody Benson was found guilty of two counts of wire fraud in July 2024. Dkt. 162. This Court sentenced her to five years of probation with several mandatory conditions. *Id.* at 2. The third mandatory condition is periodic drug testing. *Id.*

Benson moves to modify her judgment by suspending the drug testing condition of probation. Dkt. 177. She argues that she poses a low risk of future substance abuse because she has been on bond for over three years, remained fully compliant with all release conditions, and tested negative twice for controlled substances. *Id.*

The Government does not oppose Benson's request.

ORDER - 1

Probation also does not oppose the request.

The Court commends Benson on her sustained compliance with her release conditions. The Court agrees Benson poses a low risk of future substance abuse.

Benson's motion to modify her judgment, specifically suspending the third mandatory condition of probation, **GRANTED**.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2025.

BENJAMIN H. SETTLE
United States District Judge